UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:14-CR-66-RLM |
| | ) | |
| ANTHONY COLLEY | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on October 22, 2014. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 22), ACCEPTS defendant Anthony Colley's plea of guilty, and FINDS the defendant guilty of Counts 4 and 5 of the Indictment, in violation of 18 U.S.C. §§ 1343, 1349.

SO ORDERED.

ENTERED: November 13, 2014

/s/ Robert L. Miller, Jr.
Judge
United States District Court